[No. 48121-5-I.  Division One.  May 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA L. LOOMIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00241-1, Anita L. Farris, J., entered January 24, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48163-1-I.  Division One.  May 13, 2002.]

ELIZABETH UTLEY, *Appellant*, v. OVERLAKE HOSPITAL MEDICAL CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-26280-8, Larry A. Jordan, J., entered February 2, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Ellington and Appelwick, JJ.

[No. 48266-1-I.  Division One.  May 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE E. WALLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07414-6, Bruce W. Hilyer, J., entered March 22, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 48355-2-I.  Division One.  May 13, 2002.]

SICKLESTEEL CRANES, INC., *Respondent*, v. COKER EQUIPMENT, INC., ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 98-2-28298-3, James A. Doerty, J., entered October 27, 2000 and March 20, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Baker and Ellington, JJ.